PROB 12B
(7/93)

Report Date: June 22, 2007

# United States District Court

## for the

## Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 2 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON**

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lamont Alonzo Brooks       Case Number: 2:02CR00132-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 9/17/2002         Type of Supervision:    Supervised Release

Original Offense: Possession of More than 5 Grams   Date Supervision Commenced: 06/22/2007
of Cocaine Base, 21 U.S.C. § 844

Original Sentence: Prison - 70 Months; TSR - 36     Date Supervision Expires: 06/21/2010
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Pursuant to Ninth Circuit case law, United States v Stephens, the above request for modification of the offender's conditions of supervision is being requested with his consent.

Respectfully submitted,

by  *(signature)*

Richard B. Law
U.S. Probation Officer
Date: June 22, 2007

Prob 12B
Re: Brooks, Lamont Alonzo
June 22, 2007
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

June 22, 2007
Date