PROB 12B
(7/93)

Report Date: March 14, 2008

# United States District Court

for the

## Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 18 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Lamont Alonzo Brooks         Case Number: 2:02CR00132-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 09/17/2002          Type of Supervision: Supervised Release

Original Offense: Possession of More than 5 Grams of Cocaine Base, 21 U.S.C. § 844          Date Supervision Commenced: 06/22/2007

Original Sentence: Prison - 70 Months;
TSR - 36 Months          Date Supervision Expires: 06/21/2010

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall participate in the home confinement program for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

19    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

On March 2, 2008, Lamont Brooks was stopped by Liberty Lake Police for driving 84 miles per hour in a 70 mile per hour speed zone. Upon contacting Mr. Brooks, the odor of alcohol was detected. Subsequently, he was requested to complete field sobriety tests, which he did and failed. He was taken into custody and submitted to a blood alcohol content test which revealed findings of .092 and .093. He was then arrested for driving a motor vehicle while under the influence of alcohol, cited, and released. The matter remains pending in Spokane County District Court. Of additional concern is the fact that one of the passengers in Mr. Brooks vehicle is convicted felon.

Following the defendant's arrest, he notified the undersigned officer, and sanctions for his actions were discussed. The above modification appears warranted, and Mr. Brooks has agreed with said modification as evidenced by the attached signed waiver. Should Your Honor concur or disagree, please respond accordingly.

Prob 12B
Re: Brooks, Lamont Alonzo
March 14, 2008
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/14/08

Richard B. Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Date 3/18/08