PROB 12C
(7/93)

Report Date: April 20, 2009

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 21 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Lamont Alonzo Brooks      Case Number: 2:02CR00132-001

Address of Offender:                    Spokane, WA 99202

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 09/17/2002

Original Offense:       Possession of More than 5 Grams of Cocaine Base, 21 U.S.C. § 844

Original Sentence:      Prison - 70 Months;           Type of Supervision: Supervised Release
                        TSR - 36 Months

Asst. U.S. Attorney:    Pamela Byerly                 Date Supervision Commenced: 06/22/2007

Defense Attorney:       Christian Phelps              Date Supervision Expires: 06/21/2010

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on June 30, 2008.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On April 17, 2009, Lamont Brooks was arrested by Spokane police officers for the offense of vehicular assault. Witnesses indicated that they observed Mr. Brooks driving a motorcycle in a reckless manner. He later collided with another vehicle. The passenger on Mr. Brooks' motorcycle, who was his sister, later died. At the time of this writing, charges have not been filed. |
| 3 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: On April 17, 2009, Spokane police officers had Mr. Brooks submit to a blood test as part of the accident investigation that the defendant was involved in. During the test, officers observed a large bulge in Mr. Brooks' cheek. When they were finally able to convince Mr. Brooks to spit the item out of his mouth, he admitted that the substance was powder cocaine. The substance field tested positive for cocaine. |

Prob12C
Re: Brooks, Lamont Alonzo
April 20, 2009
Page 2

| | |
|---|---|
| 4 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: Following the defendant's involvement in the traffic accident that occurred on April 17, 2009, Mr. Brooks reported to police officers that he had smoked some marijuana earlier that day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/20/2009

s/Richard B. Law

Richard B. Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

4/21/09
Date