PROB 12C
(7/93)

Report Date: March 26, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lamont Alonzo Brooks                Case Number: 0980 2:02CR00132-JLQ-1

Address of Offender: ███████████████████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 17, 2002

| | | |
|---|---|---|
| Original Offense: | Possession of More than 5 Grams of Cocaine Base, 21 U.S.C. § 844 | |
| Original Sentence: | Prison - 70 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela Byerly | Date Supervision Commenced: January 11, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 10, 2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| 2 | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Lamont Brooks was arrested on March 22, 2015, for driving under the influence of alcohol, in violation of mandatory condition #2 and special condition #19 of his supervised release.

According to the Washington State Patrol police report #5Z0343401, Mr. Brooks was pulled over after traveling at a high rate of speed. The officer made contact with Mr. Brooks and could smell an overpowering odor of intoxicants coming from the vehicle. The officer asked Mr. Brooks how much alcohol he had to drink that evening, and he responded, "Not too much." Mr. Brooks complied with the officer's request to participate in a field-sobriety test and failed. Mr. Brooks also provided a breath sample into a portable breathalyzer test. The reading came back at .152, almost twice the legal limit of .08.

Prob12C
Re: Brooks, Lamont Alonzo
March 26, 2015
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/26/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/30/2015
Date